**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dana Briggs, et al.
Plaintiff,
v.
Case No.: 1:26−cv−05238
Honorable Jeremy C. Daniel
Markwayne Mullin, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 17, 2026:

MINUTE entry before the Honorable Jeremy C. Daniel: The defendants' motion to set a briefing schedule [47] is granted. Defendants will file their motion to dismiss on or before September 28, 2026; Plaintiffs will file their opposition to the motion to dismiss on or before November 2, 2026; Defendants will file their reply in support of the motion on or before November 23, 2026. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.