UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANA BRIGGS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security *et al.*,<br><br>*Defendants.* | Civil Action No. 1:26-cv-05238-JCD |

**CONSENT MOTION FOR LEAVE TO EXTEND TIME AND PAGE LIMIT**

Defendants respectfully move the Court to extend the briefing schedule previously set in this matter by one week. This matter was initiated when Plaintiffs filed the complaint on May 6, 2026. Defendants' initial deadline to respond was August 31, 2026. On August 13, however, the parties jointly requested the Court to set a briefing schedule as Defendants intended to file a motion to dismiss. The Court granted the motion on August 17, 2026 and Defendants' current deadline to file its motion to dismiss the complaint is September 28, 2026. Defendants now seek to extend that deadline by one week, to October 5, 2026.

Plaintiffs consent to this request and agree to an extension of the briefing schedule accordingly, with slight changes to avoid pre-existing conflicts. In addition, the parties in this matter have conferred and both request an extension of the 15-page limit set by Local Rule 7.1.

If the Court grants this motion, the page limit and briefing schedule will be as follows:

- Defendants will file their motion to dismiss, on or before October 5, 2026;
- Defendant's memorandum in support of the motion to dismiss will be no more than 50 pages long;
- Plaintiffs will file their opposition to the motion to dismiss on or before November 10, 2026;
- Plaintiffs' opposition brief shall be more than 50 pages long;
- Defendants will file their reply in support of the motion on or before December 4, 2026;
- Defendants' reply brief in support of the motion to dismiss will be no more than 30 pages long.

Good cause exists for this request. Defendants request additional time to prepare their motion to dismiss due to Defendants' counsel's other case deadlines and the need to ensure appropriate inter-agency coordination in developing the response to Plaintiffs' lengthy complaint. Both parties request the page limit extension so that the briefs may fully address the various constitutional and statutory issues raised by Plaintiffs' complaint. Plaintiffs' complaint is 87 pages long and includes seven counts that raise both constitutional and statutory issues. The extension of time and page limits in the briefing schedule will assist the Court with resolution of Defendants' motion.

For these reasons, Defendants respectfully request that the Court enter the proposed briefing schedule and extend the page limit for the briefs therein. A proposed order is attached.

DATED: September 24, 2026 Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

*/s/ James A. Ryan*
JAMES A. RYAN
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Dept. of Justice
1100 L St. NW
Washington, DC 20005
(202) 598-5453
James.A.Ryan2@usdoj.gov

*Counsel for Defendants*